JACQUELYNE M. NGUYEN, Bar no. 249658
LAW OFFICES OF JACQUELYNE M. NGUYEN
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA, CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416
Email: jackie@jacquelynenguyenlaw.com

Attorney for: Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>       vs.<br><br>MARLINDA CHACON, AKA MARLINDA H. CHACON,<br><br>               Defendant | No. CV A 13-1062<br><br>CONSENT JUDGMENT |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Marlinda Chacon, aka Marlinda H. Chacon, in the principal amount of $1,881.08 plus interest accrued to February 5, 2013, in the sum of $4,012.00; with interest accruing thereafter at 9% annually until entry of judgment, for a total amount of $5,893.08.

DATED: April 9, 2013                    By: TERRY NANFISI
                                            Clerk of the Court


                                        /s/ Jenny Lam
                                            Deputy Clerk
                                        United States District Court